UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON

CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

APR 14 2021

JULIA C. DUDLEY, CLERK
BY: /s/
      DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) Court No. |
| | ) 1:21CR13 |
| JASON KELLY INMAN | ) |

### PRELIMINARY ORDER OF FORFEITURE
### AS TO DEFENDANT JASON KELLY INMAN

**IT IS HEREBY ORDERED THAT:**

**A.** As a result of the guilty plea on Count 1 of the Indictment, a violation of 18 U.S.C. § 2251(a), and the defendant's agreement to forfeit certain assets and consent to waive notice of forfeiture, the defendant shall forfeit to the United States pursuant to 18 U.S.C. § 2253:

Any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of law, pursuant to 18 U.S.C. § 2253(a)(1);

Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from said violation of law, pursuant to 18 U.S.C. § 2253(a)(2);

Any property, real or personal used or intended to be used to commit or promote the commission of said violation of law, or any property traceable to such property, pursuant to 18 U.S.C. § 2253(a)(3).

**B.** The Court has determined based on the evidence of record and the defendant's plea agreement that the following property is forfeited pursuant to one or more of the above statutes, in that the parties agree the government has established the requisite nexus between such property and said statute(s), and the Court so finds:

| | **Item Description** |
|---|---|
| (1) | iPhone 11 Plus Promax Cellular Telephone (Model # MWF9211/A) |
| (2) | Black Samsung Cellular Telephone |
| (3) | Black and Red SanDisk Electronic Storage Device |
| (4) | iPhone XR Cellular Telephone (Model # MRYU2LL/A) |
| (5) | iPhone 7 Plus Cellular Telephone (Model # MNR52LL/A) |
| (6) | Silver and Black ZEBRA Cellular Telephone (Barcode #AQ-58454) |

|     | **Item Description** |
| --- | --- |
| (7) | iPhone (Model # A2111) with Serial Number DNPZ78C8N72J |

    **C.** The United States is authorized to seize the forfeited property whether held by the defendant or by a third party and shall:

    **(1)** pursuant to 21 U.S.C. § 853(n) publish notice of this Order, thereby giving notice of the United States' intent to dispose of the property in such manner as the Attorney General may direct and notice that any person, other than the defendant, having or claiming a legal interest in any of the above-listed forfeited property must file a petition with the court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier, and shall file the original petition with the U.S. District Court Clerk's Office, Abingdon Division, 180 W. Main Street, Room 104, Abingdon, VA 24210 and shall certify a copy of said petition to the U.S. Attorney's Office, Asset Forfeiture Section, P.O. Box 1709, Roanoke, VA 24008. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in each of the forfeited properties and any additional facts supporting the petitioner's claim and the relief sought;

    **(2)** to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Order of Forfeiture, as a substitute for published notice as to those persons so notified;

    **D.** The United States, at its discretion, shall be accompanied by federal, state, or local law enforcement officers to assist in the execution of this Order. Upon application by the United States, the Court shall issue any order necessary to effectuate and prevent the frustration of this Order pursuant to the All Writs Act, 28 U.S.C. § 1651(a).

    **E.** Pursuant to Federal Rule of Criminal Procedure 32.2(c)(1)(B), discovery may be conducted in accordance with the Federal Rules of Civil Procedure to the extent necessary or desirable to resolve factual issues.

    **F.** The United States shall have clear title to the subject property following the Court's disposition of all third-party interests, or, if none, following the expiration of the period provided in 21 U.S.C. § 853(n)(2) for the filing of third-party petitions.

    **G.** The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

    **H.** Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Order of Forfeiture shall become final as to the defendant upon entry and shall be made a part of the sentence and included in the judgment.

                                        **ENTERED THIS** _14_ **DAY OF APRIL, 2021.**

_____
UNITED STATES DISTRICT JUDGE